209 F.2d 264
 Thomas Lea GARRY,
v.
Louella Howard FERGUSON, Clark S. Wood, Administrator of the
Estate of Jerome Howard.
 No. 4792.
 United States Court of Appeals,
Tenth Circuit.
 Jan. 6, 1954.
 
 No appearance for appellant.
 Clyde & Mecham, Salt Lake City, Utah, for appellees.
 Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.
 PER CURIAM.
 
 
 1
 Docketed and dismissed on motion of appellee, Louella Howard Ferguson, for failure of appellant diligently to prosecute.